IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER HEIEN, ANNA NGUYEN, ANNA MINIUTTI AND BENJAMIN SPILLER, ANTONIA AND ENDICOTT PEABODY, NICOLAI JAKOBSEN, HUMOUD AL SABAH, BRIAN EPSTEIN LAURA NESCI, RON LEVY, and ANDREA MANGONE, individually and on behalf of themselves and all others similarly situated,<br>                Plaintiffs,<br><br>       vs.<br><br>ARCHSTONE, ARCHSTONE COMMUNITIES, LLC, ARCHSTONE AVENIR LP, ASN PARK ESSEX LLC, ASN QUINCY LLC, ASN QUARRY HILLS LLC, ASN BEAR HILL LLC, ASN NORTH POINT I LLC, ARCHSTONE NORTH POINT LLC, ARCHSTONE CRONIN'S LANDING, ASN WATERTOWN LLC, and ASN KENDALL SQUARE LLC,<br>                Defendants. | Case No. 1:12-CV-11079-RGS |

**MOTION FOR WRITTEN FINDINGS OF FACT AND RULINGS OF LAW**
**(Memorandum Incorporated)**

Class counsel respectfully move pursuant to Rules 23(h)(3), 52(a), and 52(b) that the Court issue written findings of fact and rulings of law regarding its award of attorney's fees in the amount of $29,250. See Doc. No. 66 (October 2, 2014) (attached as Exhibit A).

"The court … must find the facts and state its legal conclusions under Rule 52(a)" with regard to a petition for attorney's fees. Fed.R.Civ.P 23(h)(3). Because the amount of attorney's fees the Court awarded was less than a fourteenth of what class counsel had requested ($429,000), and further because it was less than a sixth of what even the defendants considered

reasonable ($195,000), class counsel believe that the Court should explain its rationale so that they can determine whether an appeal is warranted.

      The defendants do not contest class counsel's right to make this motion.

                                        Respectfully Submitted,


                                        /s/ Kevin T. Peters             .

Kevin T. Peters (BBO # 550522)
ARROWOOD PETERS LLP
10 Post Office Square
Boston, MA 02109
(617) 849-6200
kpeters@arrowoodpeters.com


/s/ Matthew J. Fogelman            .

Matthew J. Fogelman (BBO # 653916)
FOGELMAN & FOGELMAN LLC
100 Wells Avenue
Newton, MA 02459
(617) 559-1530
mjf@fogelmanlawfirm.com


/s/ Joshua N. Garick             .

Joshua N. Garick (BBO # 674603)
LAW OFFICES OF JOSHUA N. GARICK
100 Trade Center, Suite G-700
Woburn, MA 01801
(617) 600-7520
joshua@garicklaw.com


Dated:  October 22, 2014

## CERTIFICATE OF SERVICE

    I, Kevin T. Peters, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.

                                              /s/ Kevin T. Peters

## LOCAL RULE 7.1(A)(2) CERTIFICATE

    I certify that in compliance with Local Rule 7.1(a)(2), I conferred with defendants' counsel, Craig White on October 20, 2014 in an attempt in good faith to resolve or narrow the issues presented by this motion.

                                              /s/ Kevin T. Peters

**Jennifer Webb**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, October 02, 2014 3:08 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-11079-RGS Heien et al v. Archstone et al Order on Motion for Attorney Fees |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/2/2014 at 3:08 PM EDT and filed on 10/2/2014
**Case Name:** Heien et al v. Archstone et al
**Case Number:** 1:12-cv-11079-RGS
**Filer:**
**Document Number:** 66(No document attached)

Docket Text:
**Judge William G. Young: ELECTRONIC ORDER entered: Attorneys' fee are awarded in the sum of $29,250.00. re [53] Motion for Attorney Fees (Paine, Matthew)**

**1:12-cv-11079-RGS Notice has been electronically mailed to:**

Kevin T. Peters     kpeters@arrowoodpeters.com, jwebb@arrowoodpeters.com

Diane R. Rubin     drubin@princelobel.com, csullivan@princelobel.com, dolson@princelobel.com, nmsavio@princelobel.com

Matthew J. Fogelman     mjf@fogelmanlawfirm.com

Thomas H. Wintner     twintner@edwardswildman.com

Joshua N. Garick     joshua@garicklaw.com

Peter E. Strand     pstrand@shb.com

1

Rebecca J. Schwartz     rschwartz@shb.com, pbachus@shb.com

Craig M. White     cwhite@bakerlaw.com, jhodges@bakerlaw.com

**1:12-cv-11079-RGS Notice will not be electronically mailed to:**