UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER HEIEN, ANNA NGUYEN, ANNA MINIUTTI, BENJAMIN SPILLER, ANTONIA PEABODY, ENDICOTT PEABODY, NICOLAI JACOBSEN, HUMOUD AL SABAH, BRIAN EPSTEIN, LAURA NESCI, RON LEVY, and ANDREA MANGONE,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARCHSTONE, ARCHSTONE COMMUNITIES, LLC, ARCHSTONE AVENIR LP, ASN PARK ESSEX, LLC, ASN QUINCY LLC, ASN QUARRY HILLS LLC, ASN BEAR HILL LLC, ASN NORTH POINT I LLC, ARCHSTONE NORTH POINT LLC, ARCHSTONE CRONIN'S LANDING, ASN WATERTOWN LLC, and ASN KENDALL SQUARE, LLC,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-11079-RGS |

YOUNG, D.J.                                                October _/5_, 2015

ORDER

In response to Class Counsel's Motion for Written Findings of Fact and Rulings of Law, ECF No. 67, this Court clarifies its order awarding the attorneys' fees in the sum of $29,250.00. Order, ECF. No. 66.

The attorneys' fees in the awarded amount are appropriate because this Court resolved the issues of law relevant for this case in a related action Hermida v. Archstone, 826 F. Supp. 2d

1

380 (D. Mass. 2011).  Moreover, this Court stayed this class action pending waiver or resolution of all appeals of the judgment entered in <u>Hermida</u>.  Order, ECF No. 41.  This case, therefore, did not proceed to the discovery stage and the parties did not engage in significant motion practice.  This Court also considered the actual benefit recovered for the class members, Joint Report Status 3, ECF No. 60, and took into account that the Defendants promptly agreed to settle the dispute.

    SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE